BROWN COUNTY, a Public Corporation, Respondent, v.
EASTON, Appellant.

(250 N. W. 668.)

(File No. 7512. Opinion filed October 26, 1933.)

*H. O. Hepperle,* of Aberdeen, for Appellant.

*Frank L. Sieh,* State's Attorney, of Aberdeen, for Respondent.

PER CURIAM. The questions presented by the appeal in the instant case are identical with those considered in the companion case of Brown County v. Hall, 61 S. D. 568, 249 N. W. 253. In accordance with our opinion and decision in that case, the order appealed from is affirmed.

All the Judges concur.